UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Rachel Ann Lakey**  Docket No. 7:13-CR-127-1D

**Petition for Action on Supervised Release**

COMES NOW Chip Williams, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Rachel Ann Lakey, who, upon an earlier plea of guilty to Aiding and Abetting the Distribution of Oxycodone in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, was sentenced by the Honorable John T. Copenhaver, U.S. District Judge for the Southern District of West Virginia, on June 12, 2012, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall submit to random urinalysis or any other drug screening method whenever the same is deemed appropriate by the probation officer and shall participate in a substance abuse program, including in-patient substance abuse treatment, as directed by the probation officer. The defendant shall not use any method or device to evade a drug screen.

2. If the defendant is unemployed, the probation officer may direct the offender to register and remain active with Workforce West Virginia or similar organization.

3. As directed by the probation officer, the defendant shall make copayments for drug testing and drug treatment services at rates determined by the probation officer in accordance with a court-approved schedule based on ability to pay and availability of third-party payments.

4. A term of community service is imposed on every offender on supervised release or probation. Fifty hours of community service is imposed on every offender for each year the offender is on supervised release or probation. The obligation for community service is waived if the offender remains fully employed or actively seeks such employment throughout the year.

Rachel Ann Lakey was released from custody on September 27, 2013, at which time the term of supervised release commenced. Jurisdiction was transferred to the Eastern District of North Carolina effective December 4, 2013.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has remained in compliance with the conditions of supervised release. She has completed the Surprise Urinalysis Program and mental health counseling. The defendant is in the process of obtained disability benefits, based on various physical conditions documented in the presentence report. Due to her physical limitations, employment and community service (noted in the special condition number 4) are not feasible. Therefore, it is recommended the special condition addressing community service be stricken.

Rachel Ann Lakey
Docket No. 7:13-CR-127-1D
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The previously imposed condition addressing community service is stricken.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Chip Williams |
| Robert L. Thornton | Chip Williams |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 2 Princess Street Suite 308 |
| | Wilmington, NC 28401-3958 |
| | Phone: 910-679-2045 |
| | Executed On: May 4, 2015 |

### ORDER OF THE COURT

Considered and ordered this __5__ day of __May__, 2015 and ordered filed and made a part of the records in the above case.

_____
James C. Dever, III
Chief U.S. District Judge